# UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VIRGINIA DESIO,

                       Plaintiff,        **SCHEDULING ORDER**

   -against-                                      19 Civ. 3954 (JCM)

BHAKAR SINGH, *et al.*,

                     Defendants.
-----------------------------------------------------------x

TO ALL PARTIES:

The Telephone Conference scheduled for November 25, 2019 at 10:30 a.m. before Magistrate Judge Judith C. McCarthy is canceled. The in-person status conference scheduled for November 26, 2019 at 10:00 a.m. in Courtroom 421 remains.

Dated: November 21, 2019
       White Plains, New York

                                                          **SO ORDERED:**

                                                          _____
                                                          JUDITH C. McCARTHY
                                                          United States Magistrate Judge